WALTER F. BROWN. JR. (STATE BAR NO. 130248)
SHARON E. FRASE (STATE BAR NO. 282923)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:     415-773-5700
Facsimile:     415-773-5759
wbrown@orrick.com
sfrase@orrick.com
Attorneys for Defendant
PS FUNDING, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 7320 DEL CORONADO WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0361-005-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL. ,<br>Defendant. | No.:  2:18-cv-00777-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, PS FUNDING, INC.** |

**IT IS HEREBY STIPULATED** by and between Plaintiff UNITED STATES

OF AMERICA ("Plaintiff") and Claimant PS FUNDING, INC. ("Claimant") as

follows:

     1.    That Claimant asserted a lienholder interest in defendant property located at

7701 Manet Parkway in Sacramento, California ("Defendant Manet Parkway"). The loan has

since been satisfied and the Claimant no longer has an interest in Defendant Manet Parkway.

Accordingly, Claimant hereby withdraws its claim filed in this Action with respect to the real

property located at 7701 Manet Parkway, Sacramento, California, Sacramento County, APN:

050-0223-010-0000 (the "Property"); and

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF PS FUNDING, INC. (7701 MANET PARKWAY)

1         2.      To the extent required under F.R.C.P. 41(a), the United States agrees to

2 dismiss with prejudice the Claimant in this Action pursuant to F.R.C.P. 41(a). The Defendant

3 Manet Parkway is the *in rem* defendant.

4         3.      That each party hereto is to bear his, her and its own costs.

5         4.      That Claimant be removed from the Service List for this matter.

6 Dated:   10/11/2019                     WALTER F. BROWN, JR.

7                                     SHARON E. FRASE
Orrick, Herrington & Sutcliffe LLP

10                                 /s/ Sharon E. Frase
SHARON E. FRASE

11                                 Attorneys for Defendant PS FUNDING, INC.

12                                 McGREGOR W. SCOTT

13                                 United States Attorney

15 Dated:   10/11/2019                     /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN

16                                 Assistant U.S. Attorney

## <u>ORDER</u>

The Court has read and considered the Stipulation of Withdrawal of Claim by PS Funding, Inc. ("the Stipulation") by Claimant PS Funding, Inc. ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1.      The Stipulation is approved.

2.      Claimant's claim filed in the above-captioned case on June 8, 2018 [Dk. 14] is hereby deemed withdrawn.

3.      Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED:  October 18, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF PS FUNDING, INC. (7701 MANET PARKWAY)