McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 7320 DEL CORONADO WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0361-005-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18−CV−00777-KJM−CKD<br><br><br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |

    The United States and Claimant Wen Hui Lin hereby stipulate and request the Court to lift the stay for the limited purpose of entering a Stipulation for Final Judgment of Forfeiture for the real property located at 7701 Manet Parkway, Sacramento, California, ("defendant Manet property"). The parties anticipate that the Stipulation for Final Judgment of Forfeiture would complete the forfeiture for the defendant Manet property.

Dated: 11/6/2019                                         McGREGOR W. SCOTT
                                                                      United States Attorney

                                                      By:   /s/ Kevin C. Khasigian
                                                               KEVIN C. KHASIGIAN
                                                               Assistant U.S. Attorney

Dated:  11/6/2019          /s/ Linda M. Parisi
LINDA M. PARISI
Attorney for claimant Wen Hui Lin

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 7701 Manet Parkway, Sacramento, California.

IT IS SO ORDERED.

DATED:  December 11, 2019.

_____
UNITED STATES DISTRICT JUDGE