McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18−CV−00777-KJM−CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 7320 DEL CORONADO WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0361-005-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and Claimant Hai Yan Chen hereby stipulates and requests the Court to lift the stay for the limited purpose of entering a Stipulation for Final Judgment of Forfeiture for the real property located at 8333 Kamelia Court, Elk Grove, California ("defendant property"). The parties anticipate that the Stipulation for Final Judgment of Forfeiture would complete the forfeiture for the defendant property.

Dated:  12/20/2019             McGREGOR W. SCOTT
                               United States Attorney

                         By:    /s/ Kevin C. Khasigian
                               KEVIN C. KHASIGIAN
                               Assistant U.S. Attorney

1

Dated: 12/20/2019 /s/ Ernest Chen
ERNEST CHEN
Attorney for claimant Hai Yan Chen

**ORDER**

For the reasons set forth above, the stay is lifted regarding the real property located at 8333 Kamelia Court, Elk Grove, California.

IT IS SO ORDERED.

Dated: January 7, 2020.

_____
UNITED STATES DISTRICT JUDGE