PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 7320 DEL CORONADO WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0361-005-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　　Defendants. | 2:18−CV−00777-KJM−CKD<br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |

　　　　The United States and claimant MX International Trading, LLC, through their respective counsel, and claimant Bruce Fonarow, appearing *in propria persona*, hereby stipulate and request the Court to lift the stay for the limited purpose of filing withdrawal of claims and answer and settlement documents for real property located at 7109 18th Street, Rio Linda, California, Sacramento County, APN: 207-0170-079-0000 ("defendant 18th Street").  The parties anticipate that, if granted, the settlement documents would close the case against defendant 18th Street.  Thus, the stay would no longer be necessary for this property.[1]

　　　　Bruce Fonarow, as President of ACM Investor Services, Inc., filed claims asserting a lien holder

---

[1] The case would remain stayed as to the other pending *In Rem* Defendants.  This request is limited to defendant 18th Street.

1

interest in defendant 18th Street, and an Answer to the Complaint. Claimant MX International Trading, LLC filed a Claim and Answer to the Complaint regarding the defendant 18th Street. No other parties have filed a claim asserting an interest in defendant 18th Street.

On or about September 7, 2018, escrow closed for defendant 18th Street. ACM Investor Services, Inc. was paid in full through escrow.

The United States and claimant MX International Trading, LLC have reached a settlement regarding the net proceeds from the sale of the 18th Street property.

Dated: 9/2/2024                       PHILLIP A. TALBERT
                                      United States Attorney

                          By:    /s/ Kevin C. Khasigian
                                 KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney

Dated: 9/7/2024                   /s/ Ernest Chen
                                  ERNEST CHEN
                                  Attorney for claimant MX International
                                  Trading, LLC


Dated: 9-6-24                     /s/ Bruce Fonarow
                                  BRUCE FONAROW
                                  President of ACM Investor Services, Inc.
                                  Claimant, appearing *in propria persona*

                                  (Signatures retained by attorney)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 7109 18th Street, Rio Linda, California, Sacramento County, APN: 207-0170-079-0000.

IT IS SO ORDERED.

Dated: September 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE