1  BRUCE FONAROW
2  1101 Fifth Ave #220
   San Rafael, CA 94901

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 7320 DEL CORONADO WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0361-005-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　Defendants. | 2:18−CV−00777-KJM−CKD<br><br>STIPULATION AND ORDER FOR WITHDRAWAL OF VERIFIED CLAIMS AND ANSWER OF LIENHOLDER BRUCE FONAROW |

**IT IS HEREBY STIPULATED** by and between claimant, Bruce Fonarow, appearing *in propria persona*[1] ("Claimant"), and Plaintiff United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

　　1.　　Claimant asserted a lienholder interest in the defendant property located at 7109 18th Street, Rio Linda, California, Sacramento County, APN: 207-0170-079-0000 ("defendant 18th Street").

　　2.　　The loan has since been satisfied and Claimant no longer has an interest in the defendant 18th Street property.

---

[1] Former attorney Jonathan R. Howden has retired.

1

1    3.    Accordingly, Claimant hereby withdraws his claims filed May 10, 2018 and
2  May 11, 2018 [ECF Nos. 9 and 10] and his answer filed May 23, 2018 [ECF No. 12] in the
3  above-captioned case with respect to the defendant 18th Street property.
4    4.    To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a),
5  Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the
6  *Federal Rules of Civil Procedure*, Rule 41(a).  Defendant 18th Street property is the *in rem*
7  defendant.
8    5.    Each party is to bear its own costs and fees.
9    6.    Claimant is hereby removed from the Service List for the above-captioned case.

11  Date:  9-9-24            By:    /s/ Bruce Fonarow
12                                  BRUCE FONAROW
                                    President of ACM Investor Services, Inc.
                                    Claimant, appearing *in propria persona*
13                                  (Signature retained by attorney)

15  Date:  9/10/2024                PHILLIP A. TALBERT
                                    United States Attorney
16
17                          By:    /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
18                                  Assistant U.S. Attorney

**ORDER**

The Court has read and considered the Stipulation of Withdrawal of Claims and Answer by Bruce Fonarow ("the Stipulation") by Claimant, Bruce Fonarow, President of ACM Investor Services, Inc. ("Claimant"), and Plaintiff United States of America.  For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant's claims filed May 10, 2018 and May 11, 2018, *see* ECF Nos. 9, 10, and answer filed May 23, 2018, *see* ECF No. 12, in the above-captioned case are hereby deemed withdrawn.

3. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

Dated:  September 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE